B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Spectrum Realty, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **52-2258674** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2401 Fountain View**<br>**Suite 750**<br>**Houston, TX**   ZIP CODE **77057** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:  Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 0865994186)*

B1 (Official Form 1) (04/13) — Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **American Spectrum Realty, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: <br> **American Spectrum Realty Inc.** | Case Number: <br> **8:15-bk-10721SC** | Date Filed: <br> **2/13/2015** |
|---|---|---|
| District: <br> **Central District of California** | Relationship: <br> **Involuntary** | Judge: <br> **Clarkson** |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X_____
                                                                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:
☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 0865994186)*

Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor

(continued from Page 2)

| Name of Debtor: | Case Number: | Date: |
|---|---|---|
| Verdugo, LLC | 8:15-bk-10701-SC | 2/12/15 |
| District: | Relationship: | Judge: |
| Central District of California | Affiliate | Scott C. Clarkson |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| ASR-8 Centre LP | 14-30174* | 01/06/14 |
| District: | Relationship: | Judge: |
| Southern District of Texas | Affiliate | David Jones |
| Name of Debtor: | Case Number: | Date Filed: |
| ASR-Fountainview Place LP | 14-30175* | 01/06/14 |
| District: | Relationship: | Judge: |
| Southern District of Texas | Affiliate | David Jones |
| Name of Debtor: | Case Number: | Date Filed: |
| ASR-Parkway One & Two LP | 14-30176* | 01/06/14 |
| District: | Relationship: | Judge: |
| Southern District of Texas | Affiliate | David Jones |

*The Debtors in these chapter 11 cases are Jointly Administered under Case Number 14-30174.

B1 (Official Form 1) (04/13)                                                                                                                                   Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **American Spectrum Realty, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (if not represented by attorney)

Date

### Signature of Attorney*

X  *[signature]*
Richard Lee Fuqua II                Bar No. **07552300**

Fuqua & Associates, P.C.
5005 Riverway, Suite 250
Houston, TX  77056

Phone No. **(713) 960-0277**     Fax No. **(713) 960-1064**

3/16/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**American Spectrum Realty, Inc.**

X  *[signature]*
Signature of Authorized Individual
James L. Hurn
Printed Name of Authorized Individual
**Vice President & General Counsel**
Title of Authorized Individual
3/16/2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF TEXAS

In re  AMERICAN SPECTRUM REALTY, INC.  ,    )   Case No. _____
                  Debtor                    )
                                            )
                                            )   Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  02970Q203  .

2. The following financial data is the latest available information and refers to the debtor's condition on  March 16, 2015  .

   a. Total assets                                              $  344,550,440.00
   b. Total debts (including debts listed in 2.c., below)       $  347,227,664.00 **
   c. Debt securities held by more than 500 holders:                              Approximate number of holders:

   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

   d. Number of shares of preferred stock  *See below
   e. Number of shares common stock

   Comments, if any:
   *Series A Preferred 18,390 $533,310 (disputed)
   Series B Preferred 16,810,609 (Initial) or 5,200,000 (at $4.00 redemption price) +/- $20,800,000.00 (disputed)
   Series C Preferred 36,780 +/- $1,539,978 (disputed)

3. Brief description of debtor's business:
Real estate investment with income producing properties including commercial real estate, industrial, self-storage and multi-family residential; and management services for fees.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  _____
   William J. Carden (33.3%)
   Estate of John N. Galardi (16.5%)
   Cynthia L. Galardi (5.4%)

**The total debt owed by subsidiaries (VIE's) of the debtor is $259,600,000.

5850 Sierra Holdings, LLC
5850 San Felipe Suite #690
Houston, TX 77057

Advanced Office Services Imaging Plus
1430-K Village Way
Santa Ana, CA 92705

Allen Matkins Leck Gamble Mallory
515 South Figueroa St, 7th Floor
Los Angeles, CA 90071-3398

Alliant Insurance Services, Inc.
701 B St 6th floor
San Diego, CA 92101

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American Spectrum Management Group-FSA
2401 Fountain View
Houston, TX 77057

American Spectrum REIT 1, Inc.
2401 Fountain View Dr. Suite 750
Houston, TX 77057

Anderson Commercial Plumbing
190 E Arrow Hwy., Ste H
San Dimas, CA 91773

Assurant
P.O. Box 972522
Dallas, TX 75397-2522

AT & T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262

Bammelbelt, LP c/o Cindie Keller

2537 South Gessner, Suite #250
Houston, TX 77063

Benedetto Bongiorno CPA, CRE
2419 Little Creek Drive
Richardson, TX 75080

Breen's Florist
1050 N. Post Oak Road, Suite 280
Houston, TX 77055

C & S Janitorial Services, Inc.
6706 Bourgeois Road
Houston, TX 77066

Capstone Realty Partner, LLC
c/o Patrick Barrett
132 Pondfield Road #1A
Bronxville, NY 10708

Carr, Riggs, & Ingram, LLC
4360 Chamblee Dunwoody Rd #420
Atlanta, GA 30341

CFO Synergies
PO Box 691224
Houston, TX 77269

CIGNA HealthCare
Attn: Revenue Management
P.O. Box 644546
Pittsburgh, PA 15264-4546

CIT
1 CIT Drive
Livingston, NJ 07039

CoStar Realty Information, Inc.
7373 Kirkwood Court, Ste 200
Maple Grove, MN 55369

County of Orange
PO Box 1438
Santa Ana, CA 92702-1438

Craig A. Bernstein, Attorney
3710 Rawlins St., Suite 1300
Dallas, TX 75219

Crown Services
12958 National Road, S.W.
Pataskala, OH 43062

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

D&A Daily Mortgage Fund III, LP
c/o Dunham & Assoc Invstmnt
10251 Vista Sorrento Pky #200
San Diego, CA 92121

Dahill Office Technology Corp
P O Box 314
San Antonio, TX 78292-0314

David Brownell Wheless
1776 Yorktown Suite 810
Houston, TX 77056

Directory One, Inc.
Katy Freeway, Suite 204
Houston, TX 77024

Donovan & Watkins, LP
1400 Post Oak Blvd., Ste. 200
Houston, TX 77056

DTN Holdings
Dow Golub Remels & Beverly, LLP
9 Greenway Plaza - Suite 500
Houston, TX 77046

Earth Link Business
PO BOX 2252
Birmingham, AL 35246-1058

EEPB, P.C.
1333 W Loop South, Suite 1400
Houston, TX 77027

Employment Development Department
PO Box 82676
Sacramento, CA 94230-6276

Evergreen Income & Growth REIT, Inc.
225 S LAKE AVE STE 630
PASADENA, CA 91101

Faubus Keller L.L.P.
1001 Texas Avenue, 11th Floor
Houston, TX 77002

Federal Express Corporation
PO Box 660481
Dallas, TX 75266-0481

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

First Insurance Funding Corporation
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

Florida Department of Revenue

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0110

FOLIOFN INVESTMENTS, INC.
8180 GREENSBORO DR 8TH FLR
MCLEAN, VA 22102

Ford & Harrison LLP
271 17th NW Street Suite 1900
ATLANTA, GA 30363

Franchise Tax Board
P O Box 942857
Sacramento, CA 94257-060

FREDERICK J HERBERT III
1301 FANNIN
HOUSTON, TX 77002

G&C Technical Services, LLC
1340 Reynolds, Suite 117
Irvine, CA 92614

Gainer Donnelly & Desroches
2 Riverway
Houston, TX 77056

GALARDI GROUP FRANCHISE & LEASING
19100 Von Karman Ave., Suite 900
Irvine, CA 92612

George R. Anderson
30448 Rancho Viejo, Suite 190
San Juan Capistrano, CA 92675

Greg McAndrews & Associates
1575 West Warm Springs Rd
Unit 2724
Henderson, NV 89014

Harris County Clerk, Stan Stanart
PO Box 1525
Houston, TX 77251-1525

Hertz Processing Services
P.O. Box 956649
St. Louis, MO 63195-6649

Houston South Mason
1443 E Washington Blvd Ste 820
Pasadena, CA 91104

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IR Solutions
1117 Sawgrass Corporate Pkwy
Sunrise, FL 33323

James L. Hurn
177 Sage Road
Houston, TX 77056

Jason's Deli
Deli Management Inc Dept #271
P.O. Box 4869
Houston, TX 77210-4869

Jeremy Merrick Enterprises
23792 Rockfield Blvd., Suite 101
Lake Forest, CA 92630

Jerry Love CPA, LLC
3305 N. 3rd Street, Suite 304
Abilene, TX 79603

JM Landscaping
P.O. Box 122167
Chula Vista, CA 91912

Julie Bach
c/o The Law Office of Tom Hoang
10613 Bellaire, Suite 200
Houston, TX 77072

Kansas Department of Revenue
FINANCE DEPT/REVENUE DIV
412 E 12TH STREET
KANSAS CITY, MO 61062

Keegan, Linscott & Kenon, P.C.
33 N. Stone Avenue, Suite 1100
Tucson, AZ 85701

Law Offices of Kevin R Michaels PC
888 W Sam Houston Pkwy S
Ste 226
Houston, TX 77042

Legalink, Inc.
P.O. Box 277951
Atlanta, GA 30384

Lexis Nexis
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090

Lincoln Financial Group

PO Box 0821
Carol Stream, IL 60132-3043

Meriplex Solutions LLC.
10111 Richmond Avenue, Ste 500
Houston, TX 77042

Merrill Communications, LLC
CM-9638
St. Paul, MN 55170-9638

Mike Sullivan, Tax Assessor-Coll
PO Box 3547
Houston, TX 77253-3547

Missouri Department of Revenue
FINANCE DEPT/REVENUE DIV
412 E 12TH STREET
KANSAS CITY, MO 61062

Moody Law Group, PLLC
3003 Alabama
Houston, TX 77098

Northwest Spectrum Plaza
c/o Sequence # 52
P.O. Box 3074
Houston, TX 77253

Odyssey One Source, Inc.
204 North Ector
Euless, TX 76039-3542

Ohio Bureau of Workers' Compensation
BWC State Insurance Fund
Corporate Processing Department
Columbus, OH 43271-0977

Ohio Department of Taxation
P O Box 181140
Columbus, OH 43218-1140

Orange County Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Orion Property Group
8826 Santa Fe Drive, Suite 190
Overland Park, KS 66212

Oscar Quintanilla
2401 Fountain View Dr. Suite 750
Houston, TX 77057

Pacific Printer Service
427 East 17th Street #F462
COSTA MESA, CA 92627

PAETEC Communications, Inc.
PO Box 9001013
Louisville, KY 40290-1013

Patrick D. Barrett
132 Pondfield Road #1A
Bronxville, NY 10708

Phil Mevawala
7 Larkspur Trail
The Woodlands, TX 77382

Pinnacle Structural Engineers
5516 Chaucer, Suite B
Houston, TX 77005

Pitney Bowes Global Financial Svcs LLC
PO Box 371874
Pittsburgh, PA 15250-7874

Polsinelli Shughart PC
One East Washington St, Suite 1200
Phoenix, AZ 85004-2568

Precision Graphics, Inc
7051 Portwest, Suite 130
Houston, TX 77024

Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Pula

31007 Keeneland Drive Fair
Oaks Ranch, TX 78015

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Rainier Property Tax Group, LP
13760 Noel Rd, Suite 800
Dallas, TX 75240

Righi Law Group, PLLC
2111 East Highland Avenue Ste 440
Phoenix, AZ 85016

Riverside County Treasurer
PO Box 12005
Riverside, CA 92502

San Diego County
Treasurer-Tax Collector
P.O. Box 129009
San Diego, CA 92112

ScottHulsePC
1100 Chase Tower
201 E. Main Dr
El Paso, TX 79901

Shulman Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

Siemans Dematic Corp.
Attn: Charles Demsey
507 Plymouth Avenue Northeast
Grand Rapids, MI 49505

SoCal Shred LLC
2461 E Orangethorpe Ave Ste 235
Fullerton, CA 92831

Stacey F. Speier
6129 Edloe
Houston, TX 77005

Staples Credit Plan
P. O. Box 689020
Dept 51-7862058103
Des Moines, IA 50368-9020

State Comptroller
Comptroller of Public Accounts
PO Box 149359
Austin, TX 78714-9359

State of California
1500 11TH STREET, ROOM 465
SACRAMENTO, CA 95814

STATE OF CALIFORNIA
P. O. BOX 942850
SACRAMENTO, CA 94250

State of California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 942570511

Stephen Kaplan
2518 Caminito La Paz
La Jolla, CA 92037

Tax & Accounting - R&G
P.O. Box 71687
Chicago, IL 60694-1687

TD Management CO
PO Box 7929
San Diego, CA 92167

Teresa Goldberg
7960 B Soquel Drive #406
Aptos, CA 95003

Texprint
Innovative Print Services
2500 Central Parkway, Suite T
Houston, TX 77092

THE COOK LAW FIRM
5701 WOODWAY, SUITE 330

HOUSTON, TX 77057

Thermal Comfort Systems, Inc
8038 Anasol Avenue
Northridge, CA 91325

Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002

Thompson Coe Cousins & Irons LLP
700 N Pearl Street, 25th Floor
Dallas, TX 75201

Todd Lane Pool & Spa
P.O. Box 5214
Santa Cruz, CA 95063

TOTAL CAD SYSTEMS, INC.
480 N Sam Houston Pkwy Ste 350
Houston, TX 77060

Totz Ellison & Totz, PC
2211 Norfolk, Ste. 510
Houston, TX 77098

Tracy Thomson
2967 Michelson Drive, Ste G240
Irvine, CA 92612

Treasurer of State of Ohio
P.O Box 1090
Columbus, OH 43216-1090

Van Orden Engineering
5850 San Felipe, Ste 140
Houston, TX 77057

Van Riper Law
1254 Irvine Boulevard, Ste 200
Tustin, CA 92780-3571

Venable LLP
2417 Old Bullard Road
Tyler, TX 75703

Weintraub Tobin Chediak
Coleman Grodin Law Firm
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

Westpark Communications, LP
20475 State Highway 249, Suite 100
Houston, TX 77070

Workiva, Inc.
2900 University Blvd
Ames, IA 50010